UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:25-cr-161-7M

United States of America,
    Plaintiff,

v.

Donald Ince,
    Defendant.

NOTICE OF HEARING

TYPE OF CASE:

____ Civil    __X__ Criminal    ____ 2255

TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

| DATE AND TIME: | TYPE OF PROCEEDING: |
|---|---|
| September 23, 2025 at 9:30 AM | Initial Appearance |
| **LOCATION OF HEARING:** United States Courthouse - Courtroom 3<br>2 Princess Street<br>Wilmington, North Carolina 28401 ||

PETER A. MOORE, JR.
Clerk of Court

_8/5/2025_
Date

_/s/ Jacquelin Ward_
Deputy Clerk

TO:
Defendant (via US Mail)
Assistant U.S. Attorney Nathaniel T. Lemons (via CM/ECF Notice of Electronic Filing)