**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL – MAGISTRATE JUDGE**

**UNITED STATES OF AMERICA,**
      **Plaintiff,**

**v.**

**DONALD INCE,**
      **Defendant.**

Case No: 25-mj-5065-RES
AUSA: Lindsey Debenham
Defendant: Hunter Lindquist, AFPD

| JUDGE: | Judge Rachel E. Schwartz | DATE: | July 31, 2025 |
|---|---|---|---|
| DEPUTY CLERK: | Dorothy Kliem | TAPE/REPORTER: | FTR Network @ 1:43 p.m. |
| INTERPRETER: | _____ | PROBATION: | Brett Boatwright |

## PROCEEDINGS

☐ Initial Appearance – min.    ☐ Initial Revocation Hearing – min.    ☐ Bond Hearing – min.
☐ Arraignment – min.    ☒ **Initial Rule 5(c)(3) – 12 min.**    ☐ Bond Revocation Hearing – min.
☐ Detention Hearing – min.    ☐ Preliminary Hearing – min.    ☐ Status Conference – min.

☐ Defendant sworn    ☒ **Examined re: financial status**    ☒ **Counsel appointed**
☒ **Constitutional Rights Explained**
☒ **Charges and penalties explained to defendant**    ☒ **Felony**    ☐ Misdemeanor
☒ **Advised of Due Process Protections Act**
☐ Declines to Waive Indictment    ☐ Will be presented to next Grand Jury
☐ Signed Waiver of Indictment    ☐ Information filed
☒ **Advised of Rights Under Rule 20**
☐ Signed Consent to Transfer _____
☐ Waived Reading of:    ☐ Read to Defendant:
       ☐ Indictment
       ☐ Information
       ☐ Complaint
       ☐ Counts:
☐ Guilty    ☐ Not Guilty
☐ Bond Revoked    ☐ Continued on present conditions    ☐ Release Order executed    ☒ **Remanded to Custody**

☒ **Oral motion by Government for detention of defendant.**
☒ **Oral motion by Government to continue Detention Hearing. The court grants the continuance.**
☒ **Defendant's next appearance: Detention Hearing on August 4, 2025, at 1:30 p.m. before Judge Schwartz in Topeka Courtroom 404.**

OTHER:  Defendant appears in person, in custody and the court appoints Hunter Lindquist. Government moves for detention. Defendant waives right to identity hearing and production of warrant. Defendant requests that the detention hearing be held in in this district. Government requests a continuance of the motion for detention hearing. The Court grants the continuance. Defendant is remanded to the custody of the U.S. Marshal Service.

**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL – MAGISTRATE JUDGE**

UNITED STATES OF AMERICA,                    Case No: 25-mj-05065-RES
          **Plaintiff,**                    AUSA: Lindsey Debenham
                                             Defendant: Hunter Lindquist, AFPD

**v.**

**DONALD INCE,**
          **Defendant.**

| JUDGE: | Judge Rachel E. Schwartz | DATE: | August 4, 2025 |
|--------|--------------------------|-------|----------------|
| DEPUTY CLERK: | Dorothy Kliem | TAPE/REPORTER: | FTR Network @ 2:09 p.m. |
| INTERPRETER: | _____ | PROBATION: | Brett Boatwright |

## PROCEEDINGS

☐ Initial Appearance – min.    ☐ Initial Revocation Hearing – min.    ☐ Bond Hearing – min.

☐ Arraignment – min.    ☐ Initial Rule 5(c)(3) – min.    ☐ Bond Revocation Hearing – min.

☐ Detention Hearing – min.    ☐ Preliminary Hearing – min.    ☒ **Status Conference – 10 min.**

☐ Defendant sworn    ☐ Examined re: financial status    ☐ Counsel appointed
☒ **Constitutional Rights Explained**

☐ Bond Revoked    ☐ Continued on present conditions    ☒ **Release Order executed**    ☐ Remanded to Custody

☒ **Release ordered – Oral motion (ECF No. 1) found as MOOT.**

**OTHER:  Defendant appears in person, in custody and with counsel Hunter Lindquist. Based on the Pretrial Services Report the government no longer requests detention. The Court releases defendant on conditions of pretrial release with the conditions as stated on the record. Formal Order of Conditions of Release to follow.**