# U.S. District Court
## DISTRICT OF KANSAS (Topeka)
## CRIMINAL DOCKET FOR CASE #: <u>5:25−mj−05065−RES</u> All Defendants

Case title: USA v. Ince                                  Date Filed: 07/31/2025

Other court case number:   25−CR−161−M−RJ−7 Eastern District of North Carolina

Assigned to: Magistrate Judge Rachel E. Schwartz

**Defendant (1)**

| | | |
|---|---|---|
| **Donald Ince** | represented by | **Hunter Lindquist**<br>Federal Public Defender − Topeka<br>632 SW Van Buren Street, Suite 200<br>Topeka, KS 66603<br>785−232−9828<br>Fax: 785−232−9886<br>Alternative Phone:<br>Cell Phone:<br>Email: <u>Hunter_Lindquist@fd.org</u><br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment*<br>*Bar Number: 28937*<br>*Bar Status: Active* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|

Removal of arrested defendant to
the Eastern District of North
Carolina

**Plaintiff**

**USA**                                                      represented by  **Lindsey Debenham**
                                                                              Office of United States Attorney – Topeka
                                                                              290 US Courthouse
                                                                              444 SE Quincy
                                                                              Topeka, KS 66683–3592
                                                                              785–295–2680
                                                                              Alternative Phone:
                                                                              Cell Phone:
                                                                              Email: lindsey.debenham@usdoj.gov
                                                                              *LEAD ATTORNEY*
                                                                              *ATTORNEY TO BE NOTICED*
                                                                              *Designation: Retained*
                                                                              *Bar Number: 27574*
                                                                              *Bar Status: Active*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 07/31/2025 |   | ARREST (Rule 5(c)(3) Out) of Donald Ince. (mls) (Entered: 07/31/2025) |
| 07/31/2025 | 1 | ORAL MOTION for Detention by USA as to Donald Ince. (mls) (Entered: 07/31/2025) |
| 07/31/2025 | 2 | ORAL MOTION to Continue Detention Hearing by USA as to Donald Ince. (mls) Modified filer on 8/1/2025 (ca). (Entered: 07/31/2025) |
| 07/31/2025 | 3 | MINUTE ENTRY for INITIAL RULE 5(c)(3) PROCEEDINGS held 7/31/2025 before Magistrate Judge Rachel E. Schwartz as to Donald Ince. Government's Oral Motion to Continue Detention Hearing 2 was granted. Detention Hearing set for 8/4/2025 at 01:30 PM in Topeka Courtroom 404 (RES) before Magistrate Judge Rachel E. Schwartz. The court appointed Hunter Lindquist. Defendant is remanded to the custody of the U.S. Marshal Service. (FTR Network @ 1:43 p.m.) (mls) (Additional attachment(s) added on 8/1/2025: # 1 Correct Minute Sheet) (ca). (Entered: 07/31/2025) |
| 07/31/2025 | 4 | WAIVER of RULE 5 & 5.1 HEARINGS by Donald Ince. (mls) (Entered: 07/31/2025) |
| 07/31/2025 | 5 | CJA 23 FINANCIAL AFFIDAVIT by Donald Ince. (mls) (Entered: 07/31/2025) |
| 07/31/2025 | 6 | ORDER SCHEDULING A DETENTION HEARING as to Donald Ince. Detention Hearing set for 8/4/2025 at 01:30 PM in Topeka Courtroom 404 (RES) before Magistrate Judge Rachel E. Schwartz. Signed by Magistrate Judge Rachel E. Schwartz on 07/31/2025. (mls) (Entered: 07/31/2025) |
| 08/01/2025 |   | ORDER as to Donald Ince – Pursuant to the Due Process Protections Act, the government is reminded of its obligations pursuant to Brady v. Maryland and its |

| | | |
|---|---|---|
| | | progeny to disclose material that is favorable to the defendant and material to defendants guilt or punishment. The failure to do so in a timely manner may include dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, or any other remedy that is just under the circumstances. Signed by Magistrate Judge Rachel E. Schwartz on August 1, 2025. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (drk) (Entered: 08/01/2025) |
| 08/01/2025 | 7 | DOCKET ANNOTATION: a corrected version of 3 Minute Sheet has been added to the entry and is attached to this annotation for noticing purposes. Document corrected to reflect government requested the continuation of a detention hearing; the docket text has also been updated. (ca) (Entered: 08/01/2025) |
| 08/04/2025 | 8 | MINUTE ENTRY for proceedings held before Magistrate Judge Rachel E. Schwartz: STATUS CONFERENCE as to Donald Ince held on 8/4/2025. Defendant appears in person, in custody and with counsel Hunter Lindquist. Based on the Pretrial Services Report the government no longer requests detention and the Court finds as moot 1 Government's Oral Motion for Detention. The Court releases defendant on conditions of pretrial release with the conditions as stated on the record. Formal Order of Conditions of Release to follow. (Tape #FTR Network @ 2:09 p.m.) (ca) (Entered: 08/04/2025) |
| 08/04/2025 | 9 | ORDER SETTING CONDITIONS OF RELEASE as to Donald Ince (1). Signed by Magistrate Judge Rachel E. Schwartz on 8/4/2025. (ca) (Entered: 08/04/2025) |
| 08/04/2025 | 10 | SEALED PRETRIAL BOND REPORT as to Donald Ince (Ramirez, Eulalia) (Entered: 08/04/2025) |
| 08/04/2025 | 11 | ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL as to Donald Ince. Signed by Magistrate Judge Rachel E. Schwartz on 8/4/2025. (ca) (Entered: 08/04/2025) |
| 08/04/2025 | 12 | RULE 5(c)(3) REMOVAL HEARING PAPERS SENT TO Eastern District of North Carolina as to Donald Ince. (ca) (Entered: 08/04/2025) |