UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. ███████████
NO. ███████████
NO. ███████████
NO. ███████████
NO. ███████████
NO. 5:25-CR-161-M-RJ-6
NO. ███████████

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| ███████████ | ) | INDICTMENT |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| HUA WU | ) | |
| a/k/a "ANDY" | ) | |
| ███████ | ) | |
| | ) | |

The Grand Jury charges that:

## COUNT ONE

Beginning in or about 2023, the exact date being unknown to the Grand Jury,

and continuing up to and through the date of this indictment, in the Eastern District

of North Carolina, and elsewhere, the defendants, ███████████

███████████

███████████ HUA WU, a/k/a "ANDY," ███

1

██████████ did knowingly and intentionally combine, conspire, confederate, agree, and have a tacit understanding with each other and other persons, known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with the intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Quantity of Controlled Substances Involved in the Conspiracy

With respect to the defendants, ████████████████████ ████████████████████████████████████████ ███████████████████████████████████ HUA WU, a/k/a "ANDY," the amount involved in the conspiracy attributable to them as a result of their own conduct and the conduct of the conspirators reasonably foreseeable to them, is one thousand (1000) kilograms or more of marijuana, a Schedule I controlled substance.

With respect to the defendant, ████████████, the amount involved in the conspiracy attributable to him as a result of his own conduct and the conduct of the conspirators reasonably foreseeable to him, is one hundred (100) kilograms of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about September 24, 2024, in the Eastern District of North Carolina, the defendant, HUA WU, a/k/a "ANDY," did knowingly and intentionally possess with the intent to distribute one thousand (1000) kilograms or more of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████

## COUNT FOUR

Beginning in or about 2023, the exact date being unknown to the Grand Jury, and continuing up to and through the date of this indictment, in the Eastern District of North Carolina and elsewhere, the defendants, ██████████████████████

██████████████████████████████████████████

██████████████████████████████ HUA WU, a/k/a "ANDY," ████

████████████ did knowingly combine, conspire, confederate, and agree with each other and with other persons, known and unknown to the Grand Jury, to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit, to knowingly conduct and attempt to conduct financial transactions affecting interstate commerce and foreign commerce, which in fact involved the

3

proceeds of a specified unlawful activity, that is, knowingly and intentionally distributing controlled substances, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity, and with the intent to promote the carrying on of such specified unlawful activity, and that while conducting and attempting to conduct such financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and (B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

4

## FORFEITURE NOTICE

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any felony violation of the Controlled Substances Act charged herein, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said offense.

Upon conviction of any violation of 18 U.S.C. §§ 1956, 1957 or 1960 charged herein, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(1), any property, real or personal, involved in such offense, or any property traceable to such property.

Upon conviction of any violation of the Gun Control Act, the National Firearms Act, or any other offense charged herein that involved or was perpetrated in whole or in part by the use of firearms or ammunition, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and/or 26 U.S.C. § 5872, as made applicable by 28 U.S.C. § 2461(c), any and all firearms and ammunition that were involved in or used in a knowing or willful commission of the offense, or that were intended to be used in any offense identified in 18 U.S.C. § 924(d)(3), or, pursuant to 18 U.S.C.

§ 3665, that were found in the possession or under the immediate control of the defendant at the time of arrest.

The forfeitable property includes, but is not limited to, the following:

Forfeiture Money Judgment:

a) A sum of money representing the gross proceeds of the offense(s) charged herein against ██████████████████████████████████ ███████████████ HUA WU ████████████████, in the amount to be determined;

b) A sum of money representing the value of the property involved in the money laundering offense(s) charged herein against ██████████████████ ██████████████████████████████████ HUA WU ███ ██████████, in the amount to be determined;

Real Property:

c) Real property having the physical address of 207 Walcott Way, Cary, North Carolina, including any and all appurtenances and improvements thereto, being titled to HUA WU & WEI ZHOU and legally described in deed book 17196, page 777 of the Wake County Registry, North Carolina, and any and all proceeds from the sale of said property;

d) Real property having the physical address of 216 Snow Camp Dr., Cary, North Carolina, including any and all appurtenances and improvements thereto, being titled to HUA WU & WEI ZHOU and legally described in deed book 19283, page 2394 of the Wake County Registry, North Carolina, and any and all proceeds from the sale of said property;

e) Real property having the physical address of 8136 Coleraine Ct., Raleigh, North Carolina, including any and all appurtenances and improvements thereto, being titled to HUA WU & WEI ZHOU and legally described in deed book 19601, page 2527 of the Wake County Registry, North Carolina, and any and all proceeds from the sale of said property;

f) Real property having the physical address of 10601 World Trade Blvd., Raleigh, North Carolina, including any and all appurtenances and improvements thereto, being titled to AVZ Real Property, LLC and legally described in book 19388, page 953 of the Wake County Registry, North Carolina, and any and all proceeds from the sale of said property;

g) Real property having the physical address of 1083 Lighthouse Dr., Corolla, North Carolina, including any and all appurtenances and improvements thereto, being titled to AVZ Real Property, LLC and legally described in deed book 1774, page 532 of the Currituck County Registry, North Carolina, and any and all proceeds from the sale of said property;

7

h) Real property having the physical address of 806 S. College Rd., Wilmington, North Carolina, including any and all appurtenances and improvements thereto, being titled to AM Real Property, LLC and legally described in deed book 6717, page 139 of the New Hanover County Registry, North Carolina, and any and all proceeds from the sale of said property;

i) ███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████

j) ███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
█████████████████████████

k) ███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████

8

l) ██████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████

m) █████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████

n) █████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████

Personal Property:

o) ██████████████████████████████████████████████

███████████████████████████████████████████

p) ██████████████████████████████████████████████

██████

q)  Approximately $17,200.00 in U.S. currency seized on September 24, 2024 from HUA WU at 207 Walcott Way, Cary, NC;

r)  Ten (10) items of Assorted Jewelry seized on September 24, 2024, from HUA WU at 207 Walcott Way, Cary, NC;

   a.  Platinum and Diamon Pendant on beaded platinum link chain;

   b.  Stainless steel and 18K rose gold Rolex 28mm Oyster Perpetual watch;

   c.  White gold 18K Rolex 40mm Oyster Perpetual Day-Date watch;

   d.  White gold 18K Rolex 28mm ladies Oyster Perpetual Day-Date watch;

   e.  Yellow gold 18K and stainless-steel ladies Omega Constellation Manhattan watch;

   f.  Yellow gold 22k lariette style necklace with butterfly charm attached;

   g.  One 2014 1-ounce gold American Eagle Coin;

   h.  Yellow gold 18K and stainless-steel ladies Omega Constellation Manhattan watch;

   i.  Tag Heuer Formula 1 Watch;

   j.  Platinum and diamond pendant on 18k white gold box chain;

s)  One CZ P-10 9mm luger and two magazines, serial number G115934, seized on September 24, 2024 from HUA WU at 207 Walcott Way, Cary, NC and any and all associated magazines and ammunition

t)  One White 2022 Tesla Model X, VIN: 7SAXCBE66NF355670 titled to HUA WU;

u)  One White 2024 BMW 760xi, VIN: WBA33EJ09RCS41659 titled to HUA WU;

10

v) Approximately $10,589.00 in U.S. Currency seized from M&F Bank Account No. XXX4593, held in the name of LT Imports LLC, on or about September 27, 2024;

w) Approximately $70,067.35 in U.S. Currency seized from Truist Bank Account No. XXXX0523, held in the name of LT Imports LLC, on or about September 27, 2024;

x) Approximately $2,337.24 in U.S. Currency seized from Truist Bank Account No. XXXX0515, held in the name of LT Imports LLC, on or about September 27, 2024;

y) Approximately $335,261.33 in U.S. Currency seized from J.P. Morgan Chase Bank Account No. XXXX0728, held in the name of LT Imports LLC, on or about September 27, 2024;

z) Approximately $92,021.00 in U.S. Currency seized from J.P. Morgan Chase Bank Account No. XXXX0193, held in the name of AVZ Real Property LLC, on or about September 27, 2024;

aa) Approximately $43,436.00 in U.S. Currency seized from J.P. Morgan Chase Bank Account No. XXXX0718, held in the name of GS Import Inc, on or about September 27, 2024;

bb) Approximately $304.39 in U.S. Currency seized from J.P. Morgan Chase Bank Account No. XXXX9096, held in the name of HUA WU, on or about September 27, 2024;

cc) Approximately $106,279.82 in U.S. Currency seized from Dogwood Bank Account No. XXXX5553, held in the name of LT Imports LLC, on or about September 27, 2024;

dd) Approximately $509,775.91 in U.S. Currency seized from First Citizens Bank Account No. XXXX3339, held in the name of AVZ Real Property LLC, on or about October 11, 2024;

ee) Approximately $509,775.91 in U.S. Currency seized from First Citizens Bank Account Ending in XXXX3347, held in the name of AVZ Real Property LLC, on or about October 11, 2024;

ff) ███████████████████████████████████████████
███████████████████████████████████████████
███████████████

gg) ███████████████████████████████████████████
██████████████████████

hh) ███████████████████████████████████████████
██████████████████████

ii) ███████████████████████████████████████████
██████████████████████████████

jj) ███████████████████████████████████████████
██████████████

kk) ███████████████████████████████████████████
██████████████

ll) ████████████████████████████████████████

████████████████████████

mm) ████████████████████████████████████████

████████████████████████

If any of the above-described forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

DATE: 7/1/25

DANIEL P. BUBAR
Acting United States Attorney

BY: N. TYLER LEMONS
Assistant United States Attorney    13