# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
# CASE NO.: 5:25-CR-161-M-RJ-6

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**HUA WU** | **ORDER TO CONTINUE**<br>**SCHEDULING ORDER DEADLINES** |

Upon Defendant's Motion to Continue Scheduling Order Deadlines and for good cause shown, it is ORDERED:

1. That the time to file pre-trial motions is extended through and including November 9, 2025.

2. That the time to file responses to motions is extended through and including November 23, 2025.

3. That the arraignment and trial of this matter is continued to the next criminal term of this Court.

So ordered, this the _____ day of September, 2025.

_____
RICHARD E. MYERS, II
CHIEF UNITED STATES DISTRICT JUDGE