FILED
SEP 15 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:25-CR-00161-M-7

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NOTICE OF APPEARANCE |
| ) | (Local Criminal Rule 57.1, EDNC) |
| DONALD INCE ) | |

The undersigned hereby notifies the Honorable Clerk of the United States District Court for the Eastern District of North Carolina that the undersigned has been appointed as counsel for the Defendant and is making a general appearance on behalf of Donald Ince in the above referenced case.

Respectfully submitted this 15$^h$ day of September 2025.

WENTZ LAW, PLLC

/s/ Brett T. Wentz
Attorney for Defendant
401 Chestnut Street, Suite C
Wilmington, NC 28401
Telephone: (910) 256-8044
Fax: (866) 206-2443
brett@brettwentzlaw.com
NC State Bar No. 34282

## CERTIFICATE OF SERVICE

I hereby certify that I this day have served a copy of this Notice of Appearance upon the United States by hand delivery to the Clerk of Court on September 15, 2025 and delivering a copy to:

Nathaniel T Lemons
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
(919) 856-4915
tyler.lemons@usdoj.gov

WENTZ LAW, PLLC

/s/ Brett T. Wentz
Attorney for Defendant
401 Chestnut Street, Suite C
Wilmington, NC 28401
Telephone: (910) 256-8044
Fax: (866) 206-2443
brett@brettwentzlaw.com
NC State Bar No. 34282